JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R.,[1] | Case No. CV 21-4167 MRW |
|     Plaintiff, | JUDGMENT |
|   v. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | |
|     Defendant. | |

Pursuant to the mandate of the Court of Appeals and the parties' joint motion for remand (Docket # 24, 25), it is the judgment of this Court that the decision of the Administrative Law Judge is VACATED and the matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

administrative proceedings before a properly appointed administrative law judge.

Date: February 28, 2023

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE